# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-13-316 |
| | § | |
| | § | |
| | § | |
| JIMMY ALCESTER GARCIA | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing,

(Docket Entry No. 22). The  motion for continuance is GRANTED.  The sentencing hearing

is reset to **December 3, 2013 at 9:00 a.m.**

SIGNED on October 22, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge