**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-13-316 |
| | § | |
| | § | |
| | § | |
| JIMMY ALCESTER GARCIA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing,

(Docket Entry No. 37). The  motion for continuance is GRANTED.  The sentencing hearing

is reset to **June 19, 2014 at 9:00 a.m.**

SIGNED on April 14, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge